IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    vs.                      : CRIMINAL NO: CR-1-02-112
                                   : JUDGE BECKWITH

**BENJAMIN SCHMIDT,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                                  Respectfully submitted,

                                                  GREGORY G. LOCKHART
                                                  United States Attorney

                                                  s/Deborah F. Sanders
                                                  DEBORAH F. SANDERS (0043575)
                                                  Assistant United States Attorney
                                                  Southern District of Ohio
                                                  303 Marconi Boulevard, Suite 200
                                                  Columbus, Ohio 43215-2401
                                                  (614) 469-5715

## CERTIFICATE OF SERVICE

    A true copy of the above and foregoing Satisfaction of Judgement was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Benjamin Schmidt, 5153 Isla Key Blvd., #110, St. Petersburg, FL 33715 by first class mail, postage prepaid, this 14th day of August, 2006.

                                                         s/Deborah F. Sanders
                                                         DEBORAH F. SANDERS (0043575)
                                                         Assistant United States Attorney