IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

FILED
JAMES BONINI
CLERK

06 AUG 14 PM 3:56

U.S. ___ COURT
SOUTH__ DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. CR 1-02-112 |
| Benjamin Schmidt | ) | |
| | ) | |

### ORDER TERMINATING PROBATION

The above named was placed on probation on July 10, 2003 for a period of five years. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

_____
Chief United States District Judge

8/14/06
_____
Date